# In the West Virginia Southern District Court

*Michael Ray Sigmon*
*2:2023cv00757*
*v.*
*Elon Reeves Musk*



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I Michael Ray Sigmon would like to motion the court for summary judgment since it appears Elon Musk refuses to sign for mail.

Michael Ray Sigmon
100 Davidson Ave
Charleston, WV 25306
leothelion8@msn.com
304-925-7974 land
443-613-1355 cell

Copies to all parties 3-20-24