# *In the West Virginia Southern District Court*

*Michael Ray Sigmon 2:2023cv00757*

*v.*

*Elon Reeves Musk*



Objections

   In the order May 6th, 2025, it was said that I served Elon Musk by ways of a US Marshall. How they deliver their summons is not controlled by me. I have no idea how to force US Marshalls to learn their jobs properly. I know guarding a border is not their job or the Army's. Trump is a fucking idiot, and I stand by that. Elon Musk is an immigrant and he is stealing from US citizens and must be stopped, so I'm going to do it with or without your help because as of now I am running for West Virginia House of Representatives because it seems republicans as well as corporate democrats only care about their own pussy pockets and getting rich off our blood, sweat and tears. Fuck Trump, fuck Musk and screw Vance. I think there all a bunch of cunts.

   Aren't you supposed to be working on the serial killer Willy Hughes, aka "The Grinder" formerly known as Chilly Willy's case? Oh, that's right you dismissed that one, too.

   Well now, we have someone to blame for the next rape, murder and theft. You!

   I served the South African asshole on time.

    Page two stated the undersigned's Order required Plaintiff "to file proof of such service in accordance with Rule 4(l) of the Federal Rules of Civil Procedure by no later than 5:00 p.m. EST on Tuesday, July 23, 2024." On July 23, 2024, Plaintiff filed a USM-285 Process Receipt and Return form, which is a form created by the United States Marshals Service for service of process by a U.S. Marshal. That is the same day isn't it? I'm not stupid! I don't throw rocks down sewers, rape women, girls or murder people, never owned a gun, did I say I hate Trump, Musk and Vance? Let's not forget to add in their prideboys and queeranon. At this point, I really don't give a flying fuck, that's your job now. I'm so sick and tired of thinking of all this Bullshit over and over again, if the Court's won't give me closure, then they are corrupt, so now I set my sites on that and have decided to run for US President as a progressive candidate all because of you your honor. Nice job. Oh, and don't send and doctors my way because their nutjobs.

*[signature]*

Michael Ray Sigmon
100 Davidson Ave
Charleston, WV 25306
leothelion8@msn.com
304-925-7974 land
443-613-1355 cell

Copies to all parties 3-20-255